| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br><br>06/22/2022 | DATE AND TIME WARRANT EXECUTED<br><br>05/24/2022 at 8:00am | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>JP Morgan Chase<br>270 Park Ave<br>New York, NY 10017 |

INVENTORY MADE IN THE PRESENCE OF

Monique Van, Special Agent and Carlo Merino, Special Agent

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

1. JP Morgan Chase Bank Cashier's Check dated 06/07/2022  in the amount of $165,809.20.

Cashiers Check No. 4557002645 from Bank account # 536165597

CERTIFICATION

*I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and will be returned through a filing with the Clerk's Office.*

*Date:* 06/23/2022

*Monique Van*
_____
*Executing Officer's Signature*

Monique Van, Special Agent
_____
*Printed Name and Title*